UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:

 Todd Joseph Lewis and Susan Lynn Lewis

Case No.: _____16-28588_____

Chapter: _____13_____

Judge: _____MBK_____

## NOTICE OF FAILURE TO FILE SUPPLEMENTAL
## DOCUMENTS CONCERNING SCHEDULES

TO: __Marybeth Schroeder_____

This will confirm that on _____December 6, 2016_____ the following document(s) was filed by you.

    ☒    Amendment to Schedule(s) _C_____,

    ☐    Missing Documents, including Schedule(s) _____,

This will further confirm that the court has not received the following supplemental documents:

    ☒    Declaration About an Individual Debtor's Schedules (106 Declaration)

    ☒    An updated Summary of Your Assets and Liabilities and Certain Statistical Information
        (106 Summary) [Schedules A/B, D, E/F, I and J ONLY]

    ☐    Declaration Under Penalty of Perjury for Non-Individual Debtors (202 Declaration)

    ☐    An updated Summary of Assets and Liabilities for Non-Individuals (206 Summary)
        [Schedules A/B, D and E/F ONLY]

You are hereby notified that the document(s) indicated above must be filed within 7 days from the date
of this notice.

Dated: _December 7, 2016_____          James J. Waldron, Clerk

*rev.9/13/16*

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-28588-MBK
Todd Joseph Lewis                                                         Chapter 13
Susan Lynn Lewis
          Debtors

## CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 1              Date Rcvd: Dec 07, 2016
                              Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 09, 2016.
db/jdb          Todd Joseph Lewis,   Susan Lynn Lewis,   14 Delmore Rd,   Freehold, NJ  07728-7843

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                  TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                  TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 09, 2016                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 7, 2016 at the address(es) listed below:
          Albert  Russo    docs@russotrustee.com
          Denise E. Carlon    on behalf of Creditor    BANK OF AMERICA, N.A. dcarlon@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          MaryBeth  Schroeder    on behalf of Joint Debtor Susan Lynn Lewis marybeth@schroedermb-law.com
          MaryBeth  Schroeder    on behalf of Debtor Todd Joseph Lewis marybeth@schroedermb-law.com
                                                                            TOTAL: 4