UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
_____

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

MS-7408
LAW OFFICE OF MARYBETH SCHROEDER
802 MAIN STREET, UNIT 2A
TOMS RIVER, NJ 08753
ATTORNEY FOR THE DEBTORS
732-228-7400

In Re:

TODD LEWIS AND SUSAN LEWIS

| | |
|---|---|
| Case No.: | 16-28588 |
| Chapter: | 13 |
| Judge: | MBK |

**CERTIFICATION OF DEBTOR'S COUNSEL
SUPPORTING SUPPLEMENTAL CHAPTER 13 FEE**

**THIS FORM MAY NOT BE USED TO REQUEST APPROVAL OF FEES IN CASES
FILED UNDER, OR CONVERTED TO, CHAPTER 13 ON OR AFTER AUGUST 1, 2018.**

_____ MaryBeth Schroeder _____, Esquire, certifies as follows:

1.  I represent the debtor in connection with the following proceeding(s) in debtor's chapter 13 case:

**STANDARD FEES**

☐ Prosecution of motion on behalf of debtor.                                    $500.00

      Nature of motion:      _____

                                  _____

      Hearing date(s):      _____

                                  _____

☒ Defense of motion on behalf of debtor (Including filing               $400.00

      Objection to Creditor's or Trustee's Certification of Default).

      Nature of motion:       Relief from the Stay by Carrington

                                  _____

      Hearing date(s):      02/07/2020 _____

                                  _____

☐ Additional court appearance(s). (Not to exceed three).               $100.00

      Purpose:                _____

                                    _____

      Hearing date(s):      _____

                                    _____

☐ Filing and appearance on a modified Chapter 13 Plan.                 $300.00

☐ Preparation of Wage Order                                            $100.00

☐ Preparation and filing of Amendments to Schedules D, E, F, G, H       $100.00
   or List of Creditors

☐ Preparation and filing of other amended schedules                    $100.00

☐ Preparation and filing of Application for Retention of Professional   $200.00

☐ Preparation and filing of Notice of Sale or Settlement of Controversy $100.00

### NON-STANDARD FEES

> **Do not combine standard and non-standard fees for the same motion or service.  If you believe the standard fee is inappropriate for services in a particular instance, you must request only non-standard fees for that particular service.**

Describe non-standard services in detail, and attach a time detail (including applicable hourly rates) as Exhibit A:_____

_____

_____

_____

Describe non-standard expenses in detail:

_____

_____

_____

_____

2.      To date, in this case:

I have applied for fees (including original retainer) in the amount of:   3500_____

To date, I have received:                                                 3500_____

3.  I seek compensation for services rendered in the amount of $ _____400_____ payable:

☒ through the chapter 13 plan as an administrative priority.

☐ outside the plan.

4.      ☒  This allowance will not impact on plan payments.

☐  This allowance will impact on plan payments.

Present plan:         $ _____ per month for _____ months.

Proposed Plan:       $ _____ per month for _____ months.

5.      I have not filed a supplemental fee application within the preceding 120 days.


I certify under penalty of perjury that the above is true.


Date: 08/17/2020 _____        /s/MaryBeth Schroeder _____
                                             Signature

*rev. 8/1/18*