Form ntcfncurv – testntcfncurv27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                        Case No.: 16–28588–MBK
                        Chapter:  13
                        Judge:  Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Todd Joseph Lewis | Susan Lynn Lewis |
| 14 Delmore Rd | aka Susan Skowronski |
| Freehold, NJ 07728–7843 | 14 Delmore Rd |
| | Freehold, NJ 07728–7843 |

Social Security No.:
  xxx–xx–6395                                   xxx–xx–1089

Employer's Tax I.D. No.:

## NOTICE OF RECEIPT OF RESPONSE TO
## NOTICE OF FINAL CURE PAYMENT

   TO: <u>Todd Joseph Lewis and Susan Lynn Lewis</u>
        Debtor(s)

   You are hereby notified that a Response to Notice of Final Cure Payment has been filed. Under Fed. R. Bankr. P. 3002.1(h), if you disagree with the creditor's response, a motion must be filed to determine whether the debtor has cured the default and paid post–petition amounts.

Dated: February 3, 2022
JAN: mjb

                                                          <u>Jeanne Naughton, Clerk</u>