| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Todd Joseph Lewis<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6395<br>EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Susan Lynn Lewis<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–1089<br>EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   16–28588–MBK | | |

## Order of Discharge                                                                    12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Todd Joseph Lewis                              Susan Lynn Lewis
                                               aka Susan Skowronski

_5/18/22_                                      **By the court:** Michael B. Kaplan
                                                              United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

♦ debts that are domestic support obligations;

♦ debts for most student loans;

♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

Form 3180W                          **Chapter 13 Discharge**                          page 1

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:  
Todd Joseph Lewis  
Susan Lynn Lewis  
　　Debtors

Case No. 16-28588-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3 　　User: admin 　　Page 1 of 5  
Date Rcvd: May 18, 2022 　　Form ID: 3180W 　　Total Noticed: 74

The following symbols are used throughout this certificate:  
**Symbol　Definition**

+ 　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++ 　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

## 　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 20, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Todd Joseph Lewis, Susan Lynn Lewis, 14 Delmore Rd, Freehold, NJ 07728-7843 |
| cr | + | United Teletech Financial Federal Credit Union, McKenna, DuPont, Higgins & Stone, PO Box 610, 229 Broad Street, Red Bank, NJ 07701-2009 |
| 516419208 | | A-1 Collections Svc, 2297 Highway 33, Hamilton Square, NJ 08690-1717 |
| 516419211 | | Alergy Pediatric Associates, PO Box 416599, Boston, MA 02241-6599 |
| 516419213 | | Bank of America, PO Box 15047, Wilmington, DE 19850-5047 |
| 516419215 | | Bank of America, 1001 Liberty Ave Ste 675, Pittsburgh, PA 15222-3773 |
| 516419217 | | Bank of America Home Loans, Attn: President, 100 N Tryon St, Charlotte, NC 28202-4000 |
| 516419223 | | Carepoint Health Medical Group, 10 Exchange Pl Fl 15, Jersey City, NJ 07302-4934 |
| 516419230 | | Genpac Services, PO Box 1969, Southgate, MI 48195-0969 |
| 516451880 | + | Guardian Protection Services, 174 Thorn Hill Rd, Warrendale, PA 15086-7528 |
| 516419231 | | IRS, 3100 Lowell St, Andover, MA 01810-4544 |
| 516419235 | | Monmouth Cardiology Associates, 11 Meridian Rd, Eatontown, NJ 07724-2242 |
| 516460389 | + | NEW JERSEY HIGHER EDUCATION ASSISTANCE AUTHORITY, PO BOX 548, TRENTON, NJ 08625-0548 |
| 516419236 | | New Jersey Health Care, Pressler and Pressler, 7 Entin Rd, Parsippany, NJ 07054-5020 |
| 516419238 | | Performance Orthoaedics and Sports, 780 Route 37 W Ste 330, Toms River, NJ 08755-5064 |
| 516570417 | + | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516419249 | | Td Rcs/Reeds Jewelers, 1000 Macarthur Blvd, Mahwah, NJ 07430-2035 |
| 516445946 | + | U.S. Department of Housing and Urban Develo, 451 7th Street S.W., Washington, DC 20410-0002 |
| 516419251 | | United Solutions, PO Box 5496, Tallahassee, FL 32314-5496 |
| 516419254 | | Windsor Dermatology, 59 One Mile Rd Ext Ste G, East Windsor, NJ 08520-2505 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | May 18 2022 20:36:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | May 18 2022 20:36:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 516419210 | | Email/Text: bncnotifications@pheaa.org | May 18 2022 20:36:00 | Aes/navient, 1200 N 7th St, Harrisburg, PA 17102-1419 |
| 516419212 | + | Email/Text: bky@americanprofit.net | May 18 2022 20:36:00 | American Profit Recove, 34405 W 12 Mile Rd Ste 3, Farmington Hills, MI 48331-5608 |
| 516419214 | | EDI: BANKAMER.COM | May 19 2022 00:33:00 | Bank of America, PO Box 982235, El Paso, TX 79998-2235 |
| 516533767 | | EDI: BANKAMER.COM | May 19 2022 00:33:00 | BANK OF AMERICA, N.A., Bank of America, |

| Recipient ID | Notice Method | Date/Time | Name and Address |
|---|---|---|---|
| | | | PO Box 31785, Tampa, FL 33631-3785 |
| 516419216 | EDI: BANKAMER.COM | May 19 2022 00:33:00 | Bank of America Home Loans, PO Box 31785, Tampa, FL 33631-3785 |
| 516419219 | EDI: TSYS2 | May 19 2022 00:33:00 | Barclays Bank Delaware, PO Box 8801, Wilmington, DE 19899-8801 |
| 516419218 | EDI: TSYS2 | May 19 2022 00:33:00 | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 516419220 | EDI: WFFC.COM | May 19 2022 00:33:00 | Bobs Ds Furn, PO Box 94498, Las Vegas, NV 89193-4498 |
| 516419222 | EDI: CAPITALONE.COM | May 19 2022 00:33:00 | Capital One Bank USA N, 15000 Capital One Dr, Richmond, VA 23238-1119 |
| 516419221 | EDI: CAPITALONE.COM | May 19 2022 00:33:00 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 516539739 | Email/PDF: bncnotices@becket-lee.com | May 18 2022 20:42:10 | Capital One NA, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517842262 | + Email/Text: BKBCNMAIL@carringtonms.com | May 18 2022 20:36:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 517842263 | + Email/Text: BKBCNMAIL@carringtonms.com | May 18 2022 20:36:00 | Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806, Carrington Mortgage Services, LLC, 1600 South Douglass Road, Anaheim, CA 92806-5951 |
| 516508379 | + Email/Text: bankruptcy@cavps.com | May 18 2022 20:36:00 | Cavalry SPV 1,LLC, 500 Summit Lake Drive Suite 400, Valhalla,NY 10595-2321 |
| 516419224 | EDI: WFNNB.COM | May 19 2022 00:33:00 | Comenity Bank/Nwyrk&Co, PO Box 18215, Columbus, OH 43218 |
| 516419225 | EDI: WFNNB.COM | May 19 2022 00:33:00 | Comenity Bank/Nwyrk&Co, 220 W Schrock Rd, Westerville, OH 43081-2873 |
| 516624351 | + EDI: WFNNB.COM | May 19 2022 00:33:00 | Comenity Capital Bank/Paypal Credit, c/o Weinstein & Riley, PS, 2001 Western Ave., Ste 400, Seattle, WA 98121-3132 |
| 516419228 | Email/Text: EBNBKNOT@ford.com | May 18 2022 20:36:00 | Ford Motor Credit, National Bankruptcy Service Center, PO Box 62180, Colorado Springs, CO 80962-2180 |
| 516429105 | Email/Text: EBNBKNOT@ford.com | May 18 2022 20:36:00 | Ford Motor Credit Company LLC, Dept 55953, P O Box 55000, Detroit MI, 48255-0953 |
| 516419226 | Email/Text: nculp@firstffcu.com | May 18 2022 20:36:00 | First Financial Fed Cu, 1372 Route 9, Toms River, NJ 08755-4038 |
| 516419227 | Email/Text: EBNBKNOT@ford.com | May 18 2022 20:36:00 | Ford Credit, PO Box 220564, Pittsburgh, PA 15257-2564 |
| 516419229 | + Email/Text: EBNBKNOT@ford.com | May 18 2022 20:36:00 | Frd Motor Cr, PO Box BOX542000, Omaha, NE 68154-8000 |
| 516505876 | + EDI: IRS.COM | May 19 2022 00:33:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 516419232 | Email/Text: cs.bankruptcy@jmcbiz.com | May 18 2022 20:36:00 | Joseph, Mann and Creed, 8948 Canyon Falls Blvd Ste 200, Twinsburg, OH 44087-1900 |
| 518908939 | Email/Text: legaldivision@kheaa.com | May 18 2022 20:36:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 518908940 | Email/Text: legaldivision@kheaa.com | May 18 2022 20:36:00 | KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798, KHEAA, P.O. BOX 798, FRANKFORT KY 40602-0798 |
| 516419233 | Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 20:36:00 | Kohls/Capital One, PO Box 3120, Milwaukee, WI 53201-3120 |

Case 16-28588-MBK    Doc 68    Filed 05/20/22    Entered 05/21/22 00:12:23    Desc Imaged
                              Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 74 |

| | | | |
|---|---|---|---|
| 516419234 | + Email/Text: PBNCNotifications@peritusservices.com | May 18 2022 20:36:00 | Kohls/capone, N56 W 17000 Ridgewood Dr, Menomonee Falls, WI 53051-7096 |
| 516594490 | + Email/Text: bankruptcydpt@mcmcg.com | May 18 2022 20:36:00 | MIDLAND FUNDING LLC, PO Box 2011, Warren, MI 48090-2011 |
| 516612518 | EDI: PRA.COM | May 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Barclaycard, POB 41067, Norfolk VA 23541 |
| 516621020 | EDI: PRA.COM | May 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 516615840 | EDI: PRA.COM | May 19 2022 00:33:00 | Portfolio Recovery Associates, LLC, c/o Sears Mastercard, POB 41067, Norfolk VA 23541 |
| 516419237 | EDI: RMSC.COM | May 19 2022 00:33:00 | PayPal Credit, PO Box 5018, Timonium, MD 21094-5018 |
| 516537934 | EDI: Q3G.COM | May 19 2022 00:33:00 | Quantum3 Group LLC as agent for, Comenity Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 518135577 | + Email/Text: bncmail@w-legal.com | May 18 2022 20:36:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518135578 | + Email/Text: bncmail@w-legal.com | May 18 2022 20:36:00 | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516419239 | EDI: CITICORP.COM | May 19 2022 00:33:00 | Sears/Cbna, PO Box 6283, Sioux Falls, SD 57117-6283 |
| 516419240 | EDI: RMSC.COM | May 19 2022 00:33:00 | Syncb/amazon, PO Box 965015, Orlando, FL 32896-5015 |
| 516419241 | EDI: RMSC.COM | May 19 2022 00:33:00 | Syncb/carecr, C/o, PO Box 965036, Orlando, FL 32896-5036 |
| 516419242 | EDI: RMSC.COM | May 19 2022 00:33:00 | Syncb/dks, PO Box 965005, Orlando, FL 32896-5005 |
| 516419243 | EDI: RMSC.COM | May 19 2022 00:33:00 | Syncb/jcp, PO Box 965007, Orlando, FL 32896-5007 |
| 516419244 | EDI: RMSC.COM | May 19 2022 00:33:00 | Syncb/lowes, PO Box 965005, Orlando, FL 32896-5005 |
| 516423777 | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank, c/o of Recovery Management Systems Corp, 25 S.E. 2nd Avenue, Suite 1120, Miami, FL 33131-1605 |
| 516419245 | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/ Jc Penneys, PO Box 965064, Orlando, FL 32896-5064 |
| 516419246 | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/Amazon, PO Box 965064, Orlando, FL 32896-5064 |
| 516419247 | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/Care Credit, PO Box 965064, Orlando, FL 32896-5064 |
| 516419248 | EDI: RMSC.COM | May 19 2022 00:33:00 | Synchrony Bank/Lowes, PO Box 965064, Orlando, FL 32896-5064 |
| 516570417 | + EDI: CBSTDR | May 19 2022 00:33:00 | TD Retail Card Services, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 516419250 | Email/Text: bankruptcydepartment@tsico.com | May 18 2022 20:36:00 | Transworld Systems, 507 Prudential Rd, Horsham, PA 19044-2308 |
| 516419252 | Email/Text: opsdept@utcu.org | May 18 2022 20:36:00 | United Teletech Fin Fc, 205 Hance Ave, Tinton Falls, NJ 07724-2764 |
| 516597997 | Email/Text: laura@redbanklaw.com | May 18 2022 20:36:00 | United Teletech Financial Federal Credit Union, |

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 74 |

| | | | | C/O McKenna, DuPont, Higgins & Stone, PC, PO Box 610, Red Bank, NJ 07701-0610 |
|---|---|---|---|---|
| 516568178 | EDI: WFFC.COM | | May 19 2022 00:33:00 | Wells Fargo Bank NA, PO Box 10438, Des Moines IA 50306-0438 |
| 516419253 | EDI: WFFC.COM | | May 19 2022 00:33:00 | Wells Fargo Financial Nat'l Bk/Bobs Disc, PO Box 10438, Des Moines, IA 50306-0438 |

TOTAL: 55

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 516622672 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, c/o Capital One Bank, N.A., POB 41067, Norfolk VA 23541 |
| 518135581 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 518135582 | *+ | SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121, SYNCHRONY BANK, C/O WEINSTEIN & RILEY, PS 98121-3132 |
| 516419209 | ## | Accounts Service Department, PO Box 731, Mahwah, NJ 07430-0731 |

TOTAL: 0 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 20, 2022       Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor BANK OF AMERICA N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Elizabeth K. Holdren | on behalf of Creditor Bank United N.A. eholdren@hillwallack.com jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| Elizabeth K. Holdren | on behalf of Creditor Carrington Mortgage Services LLC eholdren@hillwallack.com, jhanley@hillwallack.com;hwbknj@hillwallack.com;eholdren@ecf.courtdrive.com |
| MaryBeth Schroeder | on behalf of Joint Debtor Susan Lynn Lewis marybeth@schroedermb-law.com |
| MaryBeth Schroeder | on behalf of Debtor Todd Joseph Lewis marybeth@schroedermb-law.com |
| Michael R. DuPont | on behalf of Creditor United Teletech Financial Federal Credit Union dupont@redbanklaw.com lori@redbanklaw.com |

District/off: 0312-3 | User: admin | Page 5 of 5
Date Rcvd: May 18, 2022 | Form ID: 3180W | Total Noticed: 74

TOTAL: 8